UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHITTARANJAN RAO,<br><br>                  Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION,<br><br>                  Defendant. | Case NO: 5:23-cv-02337 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>**Dkt. No. 29** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed by February 8, 2024. All scheduled dates are VACATED.

The Court retains jurisdiction over this case with termination date of February 8, 2024. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated: December 13, 2023

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge